NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1370
(Serial No. 78/666,598)

IN RE CHIPPENDALES USA, INC.

Appeal from the United States Patent and Trademark Office,
Trademark Trial and Appeal Board.

ON MOTION

Before GAJARSA, Circuit Judge.

O R D E R

Chippendales USA moves for a 14-day extension of time, until October 16, 2009, to file its brief. Chippendales states that the United States Patent and Trademark Office consents.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

SEP 3 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Stephen W. Feingold, Esq.
Raymond T. Chen, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2009

JAN HORBALY
CLERK